IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGIO RODRIQUEZ SCOTT**                                                                 **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 2:19-cv-166-TBM-MTP

**FORREST COUNTY, MISSISSIPPI**                                                          **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [69] entered by United States Magistrate Judge Michael T. Parker on June 24, 2022. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that the Defendants' Motion for Summary Judgment [46] is GRANTED. This CASE is CLOSED.

THIS, the 6th day of September, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE